**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6280**

_____

UNITED STATES OF AMERICA,

Plaintiff -Appellee,

versus

ALFREDO SIMPSON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-90-67-3)

_____

Submitted: May 30, 2002                    Decided: June 6, 2002

_____

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alfredo Simpson, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alfredo Simpson appeals the district court's orders denying his "Motion to Vacate Judgement[sic] Under Rule 12(b)(2)" and his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Simpson, No. CR-90-67-3 (E.D.N.C. June 26, 2001; Oct. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED